# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00463-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

### ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on September 18, 2020 at **03:00 PM** . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **17th day of September, 2020**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE