# EXHIBIT D

# Field Guide to
# Spectroscopy

David W. Ball

**SPIE Terms of Use:** This SPIE eBook is DRM-free for your convenience. You may install this eBook on any device you own, but not post it publicly or transmit it to others. SPIE eBooks are for personal use only. For details, see the SPIE Terms of Use. To order a print version, visit SPIE.



# Field Guide to
# Spectroscopy

David W. Ball

SPIE Field Guides
Volume FG08

John E. Greivenkamp, Series Editor



Bellingham, Washington USA

Library of Congress Cataloging-in-Publication Data

Ball, David W. (David Warren), 1962–
  Field guide to spectroscopy / David W. Ball.
      p. cm. -- (SPIE field guides ; FG08)
  Includes bibliographical references and index.
  ISBN 0-8194-6352-3
 1. Spectrum analysis.  I. Title.  II. Series.

QC451.B183 2006
535.8'4--dc22

2006008336

Published by

SPIE—The International Society for Optical Engineering
P.O. Box 10
Bellingham, Washington  98227-0010 USA
Phone: +1 360 676 3290
Fax: +1 360 647 1445
Email: spie@spie.org
Web: http://spie.org

Copyright © 2006 The Society of Photo-Optical Instrumentation Engineers

All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means without written permission of the publisher.

The content of this book reflects the work and thought of the author. Every effort has been made to publish reliable and accurate information herein, but the publisher is not responsible for the validity of the information or for any outcomes resulting from reliance thereon.

Printed in the United States of America.

Second printing



28                                                            *Spectroscopy*

## Other Components

A **window** is an optical component whose main function is to separate environments or serve as a substrate, but it has minimal effects on the spectral characteristics of the probing radiation. Windows typically have flat, parallel surfaces. The path of the light rays may be deflected but should not be dispersed.



Window materials can be any substance that does not absorb the light of interest. Transparent materials like glass, quartz, and sapphire are used in visible and UV regions. Ionic crystals like KBr, NaCl, $CaF_2$, or KRS-5 (mixed TlBr/TlI) can be used for the IR region, as can diamond. Polyethylene is used in the far-IR. Beryllium windows are used in x-ray and gamma ray spectroscopy.

A **beamsplitter** is an optical component that allows part of an electromagnetic beam to pass through and reflects the rest. Beamsplitters can be cemented right prisms or partially silvered mirrors.



A **waveguide** is a rectangular or cylindrical tube that propagates radio waves or microwaves. They are mostly found in magnetic resonance spectrometers. **Fiber optics** can be thought of as a waveguide for visible light.