# Exhibit 1

SPONSORED BY THE OPTICAL SOCIETY OF AMERICA

# HANDBOOK OF OPTICS

## FUNDAMENTALS, TECHNIQUES, & DESIGN
### • SECOND EDITION •
### VOLUME I

MICHAEL BASS, EDITOR IN CHIEF

ERIC W. VAN STRYLAND • DAVID R. WILLIAMS • WILLIAM L. WOLFE, ASSOCIATE EDITORS

Microsoft_HoloLens_WSOU00000737

Microsoft_HoloLens_WSOU000005738

# HANDBOOK OF OPTICS

Microsoft_HoloLens_WSOU000005739

**Other McGraw-Hill Books of Interest**

*Hecht* • THE LASER GUIDEBOOK
*Manning* • STOCHASTIC ELECTROMAGNETIC IMAGE PROPAGATION
*Nishihara, Haruna, Suhara* • OPTICAL INTEGRATED CIRCUITS
*Rancourt* • OPTICAL THIN FILMS USERS' HANDBOOK
*Sibley* • OPTICAL COMMUNICATIONS
*Smith* • MODERN OPTICAL ENGINEERING
*Smith* • MODERN LENS DESIGN
*Waynant, Ediger* • ELECTRO-OPTICS HANDBOOK
*Wyatt* • ELECTRO-OPTICAL SYSTEM DESIGN

*To order, or to receive additional information on these or any other McGraw-Hill titles, please call 1-800-822-8158 in the United States. In other countries, please contact your local McGraw-Hill Office.*

BC14BCZ

Microsoft_HoloLens_WSOU000005740

# HANDBOOK OF OPTICS

Volume I
Fundamentals, Techniques,
and Design

Second Edition

Sponsored by the
**OPTICAL SOCIETY OF AMERICA**

**Michael Bass**  Editor in Chief
*The Center for Research and
Education in Optics and Lasers (CREOL)
University of Central Florida
Orlando, Florida*

**Eric W. Van Stryland**  Associate Editor
*The Center for Research and Education
in Optics and Lasers (CREOL)
University of Central Florida
Orlando, Florida*

**David R. Williams**  Associate Editor
*Center for Visual Science
University of Rochester
Rochester, New York*

**William L. Wolfe**  Associate Editor
*Optical Sciences Center
University of Arizona
Tucson, Arizona*

**McGRAW-HILL, INC.**
New York  San Francisco  Washington, D.C.  Auckland  Bogotá
Caracas  Lisbon  London  Madrid  Mexico City  Milan
Montreal  New Delhi  San Juan  Singapore
Sydney  Tokyo  Toronto

Microsoft_HoloLens_WSOU000005741

**Library of Congress Cataloging-in-Publication Data**

Handbook of optics / sponsored by the Optical Society of America ;
   Michael Bass, editor in chief. — 2nd ed.
      p.    cm.
   Includes bibliographical references and index.
   Contents:  1. Fundamentals, techniques, and design — 2. Devices,
      measurement, and properties.
   ISBN 0-07-047740-X
      1. Optics—Handbooks, manuals, etc.  2. Optical instruments—
Handbooks, manuals, etc.  I. Bass, Michael.  II. Optical Society
of America.
QC369.H35       1995
535—dc20                                                      94-19339
                                                                  CIP

Copyright © 1995 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9   DOC/DOC   9 0 9 8 7 6 5 4

ISBN 0-07-047740-X

The sponsoring editor for this book was Stephen S. Chapman, the editing supervisor was Peggy Lamb, and the production supervisor was Pamela A. Pelton. It was set in Times Roman by The Universities Press (Belfast) Ltd.

Printed and bound by R.R. Donnelly & Sons Company.

This book was printed on acid-free paper.

Information contained in this work has been obtained by McGraw-Hill, Inc. from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantees the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

Microsoft_HoloLens_WSOU000005742



**FIGURE 9** Light incident normally on the front surface of a retardation plate showing the vibration directions of the ordinary and extraordinary rays. In a positive uniaxial crystal, the fast and slow axes are as indicated in parentheses; in a negative uniaxial crystal, the two axes are interchanged.

A retardation plate can be made from a crystal which is cut so that the optic axis lies in a plane parallel to the face of the plate, as shown in Fig. 9. Consider a beam of unpolarized or plane-polarized light normally incident on the crystal. It can be resolved into two components traveling along the same path through the crystal but vibrating at right angles to each other. The ordinary ray vibrates in a direction perpendicular to the optic axis, while the extraordinary ray vibrates in a direction parallel to the optic axis. In a positive uniaxial crystal $n_e > n_o$, so that the extraordinary ray travels more slowly than the ordinary ray. The fast axis is defined as the direction in which the faster-moving ray vibrates; thus in a positive uniaxial crystal, the fast axis (ordinary ray) is perpendicular to the optic axis, while the slow axis (extraordinary ray) coincides with the optic axis. For a negative uniaxial crystal, the fast axis coincides with the optic axis.

Figure 10 shows how the state of polarization of a light wave changes after passing through retardation plates of various thicknesses when the incident light is plane-polarized at an azimuth of 45° to the fast axis of the plate. If the plate has a retardation of $\lambda/8$, which means that the ordinary and extraordinary waves are out of phase by $\pi/4$ with each other, the transmitted light will be elliptically polarized with the major axis of the ellipse coinciding with the axis of the original plane-polarized beam. As the retardation gradually increases (plate gets thicker for a given wavelength or wavelength gets shorter for a given plate thickness), the ellipse gradually turns into a circle, but its major axis remains at 45° to the fast axis of the retardation plate. For a retardation of $\lambda/4$, the emerging light is right circularly polarized. As the retardation continues to increase, the transmitted light becomes elliptically polarized with the major axis of the ellipse lying perpendicular to the plane of the incident polarized beam, and then the minor axis of the ellipse shrinks to zero

Case 6:20-cv-00463-ADA   Document 46-1   Filed 01/29/21   Page 8 of 10

Microsoft_HoloLens_WSOU000006006

**5.24**   PHYSICAL OPTICS



**FIGURE 10**   State of polarization of a light wave after passing through a crystal plate whose retardation is indicated in fractions of a wavelength (phase retardation $2\pi/\lambda$ times these values) and whose fast axis is indicated by the double arrow. In all cases the incident light is plane-polarized at an azimuth of 45° to the direction of the fast axis.

and plane-polarized light is produced when the retardation becomes $\lambda/2$. As the retardation increases further, the patterns change in opposite order and the polarized light is left circularly polarized when the retardation equals $3\lambda/4$. Finally, when the retardation is a full wave, the incident plane-polarized light is transmitted unchanged although the slow wave has now been retarded by a full wavelength relative to the fast wave.

The most common type of retardation plate is the quarter-wave plate. Figure 11 shows how this plate affects the state of polarization of light passing through it when the fast axis is positioned in the horizontal plane and the azimuth of the incident plane-polarized light is changed from $\theta = 0°$ to $\theta = 90°$. When $\theta = 0°$, only the ordinary ray (for a positive birefringent material) passes through the plate, so that the state of polarization of the beam is unchanged. When $\theta$ starts increasing, the transmitted beam is elliptically polarized with the major axis of the ellipse lying along the fast axis of the $\lambda/4$ plate; $\tan \theta = b/a$, the



**FIGURE 11**   State of polarization of a light wave after passing through a $\lambda/4$ plate (whose fast axis is indicated by the double arrow) for different azimuths of the incident plane-polarized beam.

Microsoft_HoloLens_WSOU000006007

ratio of the minor to the major axis of the ellipse. In the next case, $\theta = 15°$ and $\tan \theta = 0.268$, and so the ellipse is long and narrow. When the plane of vibration has rotated to an azimuth of 45°, the emerging beam is right circularly polarized (the same situation as that shown in the second part of Fig. 10). For values of $\theta$ between 45 and 90°, the light is again elliptically polarized, this time with the major axis of the ellipse lying along the direction of the slow axis of the $\lambda/4$ plate. The angle shown in the figure is 60°, and $\tan 60° = 1.732$, so that $b/a$ (referred to the fast axis) is greater than unity. When $\theta$ increases to 90°, the plane of vibration coincides with the slow axis and the transmitted light is again plane-polarized. As $\theta$ continues to increase, the transmitted patterns repeat those already described and are symmetric about the slow axis, but the direction of rotation in the ellipse changes from right-handed to left-handed, so that left-circularly polarized light is produced when $\theta = 135°$.

The definition of right- and left-circularly polarized light should be clear from Figs. 10 and 11. When the rotation is *clockwise* with the observer looking *opposite to the direction of propagation,* the light is called *right-circularly polarized*; if the rotation is *counterclockwise,* the light is called *left-circularly polarized*.[26] When circularly polarized light is reflected from a mirror, the direction of propagation is reversed, so that the sense of the circular polarization changes; i.e., left-circularly polarized light changes on reflection into right-circularly polarized light and vice versa. Therefore, in experiments involving magnetic fields in which the sense of the circularly polarized light is important,[27,28] it is important to know which kind one started with and how many mirror reflections occurred in the rest of the light path. Cyclotron resonance experiments can sometimes be used to determine the sense of the circular polarization.[28] Another method utilizing a polarizer and $\lambda/4$ plate has been described by Wood.[29]

The behavior of a half-wave plate in a beam of plane-polarized light is completely different from that of a quarter-wave plate; the transmitted light is always plane-polarized. If the incident plane of vibration is at an azimuth $\theta$ with respect to the fast axis of the $\lambda/2$ plate, the transmitted beam will be rotated through an angle $2\theta$ relative to the azimuth of the incident beam. The case showing $\theta = 45°$ where the phase of vibration is rotated through 90° is illustrated in the fourth part of Fig. 10. In this situation the extraordinary beam is retarded by half a wavelength relative to the ordinary beam (for a positive birefringent material), hence the name, half-wave plate. If the polarizer is fixed and the $\lambda/2$ plate is rotated (or vice versa), the plane of vibration of the transmitted beam will rotate at twice the frequency of rotation of the $\lambda/2$ plate.

Quarter-wave plates are useful for analyzing all kinds of polarized light. In addition, they are widely employed in experiments using polarized light, e.g., measurements of the thickness and refractive index of thin films by ellipsometry or measurements of optical rotary dispersion, circular dichroism, or strain birefringence. Polarizing microscopes, interference microscopes, and petrographic microscopes are usually equipped with $\lambda/4$ plates. In some applications the $\lambda/4$ plate is needed only to produce circularly polarized light, e.g., for optical pumping in some laser experiments, or to convert a partially polarized light source into one which appears unpolarized, i.e., has equal amplitudes of vibration in all azimuths. For these and similar applications, one can sometimes use a circular polarizer which does not have all the other properties of a $\lambda/4$ plate (see Pars. 73 to 76 in Ref. 1).

The customary application for a $\lambda/2$ plate is to rotate the plane of polarization through an angle of 90°. In other applications the angle of rotation can be variable. Automatic setting ellipsometers or polarimeters sometimes employ rotating $\lambda/2$ plates in which the azimuth of the transmitted beam rotates at twice the frequency of the $\lambda/2$ plate.

**7. Matrix Methods for Computing Polarization** In dealing with problems involving polarized light, it is often necessary to determine the effect of various types of polarizers (linear, circular, elliptical, etc.), rotators, retardation plates, and other polarization-sensitive devices on the state of polarization of a light beam. The Poincaré sphere

Microsoft_HoloLens_WSOU000006008