Case 6:20-cv-00463-ADA   Document 49   Filed 02/12/21   Page 1 of 1

FILED
February 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Reuben Amaro
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

## STANDING ORDER REGARDING
## FILING DOCUMENTS UNDER SEAL IN PATENT CASES AND REDACTED PLEADINGS

As a public forum, the Court has a policy of providing to the public full access to documents filed with the Court. Nevertheless, parties in patent cases routinely produce and rely on information that is confidential. Therefore, in all patent cases pending before the undersigned, the Court hereby grants leave for any party to file materials containing confidential information under seal without filing a separate motion seeking leave of the Court to do so. The filing party shall file a publicly available, redacted version of any motion or pleading filed under seal within seven days. The parties need not file redacted versions of exhibits to such documents. Exhibits that are nonconfidential in their entirety should not be filed under seal at all. The parties shall coordinate to make sure that the public version filing redacts information that any party deems confidential. Redactions should be targeted to redact only that information. The publicly available version shall be labeled "PUBLIC VERSION." Cooperating to file the public version shall not be deemed as agreeing that the redacted information is actually confidential.

This Order shall apply in all patent cases, but shall not require parties to file public versions of pleadings filed before the date of this Order.

**SIGNED** this 12th day of February, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE