# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC, *Plaintiff* | § § § § § § § § § § | W-20-CV-00455-ADA<br>W-20-CV-00467-ADA<br>W-20-CV-00459-ADA<br>W-20-CV-00463-ADA |
| -v- | | |
| MICROSOFT CORPORATION, *Defendant* | | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on March 11, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 17th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "polarization beam splitter (PBS)"<br><br>('286 Patent, Claim 15) | Plain and ordinary meaning | "optical component with two conjoined prisms, each of which reflects light of one polarization and transmits light of an orthogonal polarization" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is an "optical component that reflects light of one polarization and transmits light of an orthogonal polarization" |
| "quarter-wave plate"<br><br>('286 Patent, Claim 15) | Plain and ordinary meaning | "optical component that shifts a polarized light beam passing therethrough by one quarter wavelength" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is an "optical component that shifts light passing therethrough by about one quarter wavelength" |
| "spatial light modulator (SLM)"<br><br>('286 Patent, Claim 15) | Plain and ordinary meaning | "optical component with a 2-dimensional arrangement of pixels that displays an image" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is an "optical component that spatially modulates the characteristics (*e.g.*, amplitude, phase, polarization, and/or intensity) of a light beam." |

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "spatial light modulator (SLM)"<br><br>('241 Patent, Claim 15) | Plain and ordinary meaning | "optical component with a 2-dimensional arrangement of pixels that displays an image" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is an "optical component that spatially modulates the characteristics (*e.g.*, amplitude, phase, polarization, and/or intensity) of a light beam." |
| "third-party lobby"<br><br>('978 Patent, Claims 1, 12) | Plain and ordinary meaning | "lobby separate from the local lobby associated with the gaming session" | "a lobby that has knowledge of many more third-party users and their preferences than the local lobby" |
| "lobby"<br><br>('978 Patent, Claim 12) | Plain and ordinary meaning | "software and/or hardware that matches users to form groups" | "software and/or hardware that matches users to form groups" |
| "adaptor unit"<br><br>('988 Patent, Claim 20) | Plain and ordinary meaning | "a device, having a video receiver, hard disk, and CPU that encodes video data, that provides a game console with access to interactive services" | "a device with at least a television tuner, a controller for controlling communications with the games console, and an interface to connect to the games console" |