IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION 6:20-CV-00454-ADA <br> CIVIL ACTION 6:20-CV-00456-ADA <br> CIVIL ACTION 6:20-CV-00457-ADA <br> CIVIL ACTION 6:20-CV-00458-ADA <br> CIVIL ACTION 6:20-CV-00460-ADA <br> CIVIL ACTION 6:20-CV-00461-ADA <br> CIVIL ACTION 6:20-CV-00462-ADA <br> CIVIL ACTION 6:20-CV-00463-ADA <br> CIVIL ACTION 6:20-CV-00464-ADA <br> CIVIL ACTION 6:20-CV-00465-ADA |
| v. | § § § § § § § § | |
| MICROSOFT CORPORATION, | § § § | |
| *Defendant.* | § § § § § | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY BARRY K. SHELTON

Defendant Microsoft Corporation respectfully moves for Barry K. Shelton of Shelton Coburn LLP to be permitted to withdraw as counsel for Defendant in this case. The withdrawal of Mr. Shelton will not delay this proceeding and will not prejudice any party. Defendant will continue to be represented by Sidley Austin LLP and Gillam & Smith, L.L.P. Counsel for Defendant has conferred with counsel for Plaintiff, who indicated Plaintiff is not opposed to the granting of this motion.

Defendant respectfully requests that the Court grant this Motion and enter an order permitting Mr. Shelton to withdraw from this action as counsel for Defendant. Defendant further requests that the Court and all parties remove Mr. Shelton from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated:  January 2, 2022

Respectfully submitted,

*/s/ Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
bshelton@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone:  512.263.2165
Facsimile:  512.263.2166

*Attorney for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on January 2, 2022 on all counsel of record per Local Rule CV-5(a).

*/s/ Barry K. Shelton*
Barry K. Shelton
