IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION 6:20-CV-00454-ADA**<br>**CIVIL ACTION 6:20-CV-00456-ADA**<br>**CIVIL ACTION 6:20-CV-00457-ADA**<br>**CIVIL ACTION 6:20-CV-00458-ADA**<br>**CIVIL ACTION 6:20-CV-00460-ADA**<br>**CIVIL ACTION 6:20-CV-00461-ADA**<br>**CIVIL ACTION 6:20-CV-00462-ADA**<br>**CIVIL ACTION 6:20-CV-00463-ADA**<br>**CIVIL ACTION 6:20-CV-00464-ADA**<br>**CIVIL ACTION 6:20-CV-00465-ADA**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF ATTORNEY BARRY K. SHELTON

Pending before the Court is Defendant's Motion for Withdrawal of Attorney Barry K. Shelton ("Motion"). This Court, having considered Defendant's Motion and noting it is unopposed, HEREBY ORDERS that Defendant's Motion be GRANTED.

It is therefore ORDERED that Barry K. Shelton is permitted to withdraw as counsel of record for Defendant in this case. ECF notifications to Barry K. Shelton are to be terminated in this case.

SIGNED this _____ day of _____, 202__

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE