# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION<br><br>        Defendant. | CASE NO. 6:20-CV-00457-ADA<br>CASE NO. 6:20-CV-00460-ADA<br>CASE NO. 6:20-CV-00463-ADA<br>CASE NO. 6:20-CV-00464-ADA<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO RESET PRETRIAL CONFERENCE AND TRIAL DATES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("Brazos") and Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Motion to reset the final pretrial conference and trial dates in Case Nos. 6:20-cv-00457, 6:20-cv-00460, 6:20-cv-00463, and 6:20-cv-00464 due to agreed changes in the case schedules memorialized in their Joint Notice Concerning Agreement to Extend Deadlines, filed on May 20, 2022.

The Parties jointly move the Court to reset the final pretrial conference and trial dates for Case Nos. 6:20-cv-00460 and 6:20-cv-00464 as follows:

| Event | Case Nos. -460 and -464 Current Deadlines | Case Nos. -460 and -464 New Deadlines |
|---|---|---|
| Proposed Final Pretrial Conference | 7/26/22 or at the Court's Convenience | 7/25/22 or at the Court's convenience |
| Proposed Trial | 8/2/22 or at the Court's convenience | 8/1/22 or at the Court's convenience |

The Parties jointly move the Court to reset the final pretrial conference and trial dates for Case Nos. 6:20-cv-00457 and 6:20-cv-00463 as follows:

| Event | Case Nos. -457 and -463 Current Deadlines | Case Nos. -457 and -463 New Deadlines |
|---|---|---|
| Proposed Final Pretrial Conference | 7/26/22 | 8/8/22 or at the Court's convenience |
| Proposed Trial | 8/2/22 | 8/15/22 or at the Court's convenience |

DATED:  May 20, 2022

/s/ *Max L. Tribble*

Max L. Tribble, Jr., TX Bar No. 2021395
mtribble@susmangodfrey.com
J. Hoke Peacock III, TX Bar No. 15673980
tpeacock@susmangodfrey.com
Shawn Blackburn, TX Bar No. 24089989
sblackburn@susmangodfrey.com
Bryce Barcelo, TX Bar No. 24092081
bbarcelo@susmangodfrey.com
**SUSMAN GODFREY LLP**
1000 Louisiana St, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366

Kalpana Srinivasan, CA Bar No. 237460
ksrinivasan@susmangodfrey.com
Anna Catherine Coll, CA Bar No. 337548
(*pro hac vice*)
acoll@susmangodfrey.com
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067-6029
Tel: (310) 789-3100

Elizabeth Aronson, NY Bar No. 5704432
(*pro hac vice*)
baronson@susmangodfrey.com
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

Respectfully submitted,

/s/  *Melissa R. Smith*

Melissa R. Smith, Bar No. 24001351
melissa@gillamsmithlaw.com
James "Travis" Underwood, Bar No. 24102587
travis@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

Michael J. Bettinger
mbettinger@sidley.com
Irene Yang
irene.yang@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Richard A. Cederoth
rcederoth@sidley.com
John W. McBride
jwmcbride@sidley.com
**SIDLEY AUSTIN LLP**
1 South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7000

Tel: (212) 336-8330

Fax: (312) 853-7036

Mark D. Siegmund, TX Bar No. 24117055
mark@swclaw.com
Justin Allen, TX Bar No. 24081977
justin@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY, PLLC**
8416 Old McGregor Rd.
Waco, TX 76712
Tel: (254) 651-3690

***ATTORNEYS FOR MICROSOFT CORPORATION***

***ATTORNEYS FOR WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 20, 2022, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

/s/ *Max L. Tribble*
Max L. Tribble
Counsel for Plaintiff
